FILED

12/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

## IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 20-0457

IN THE MATTER OF:

K.D.H. AND K.L.H.,

Youths In Need Of Care.

## ORDER

Upon consideration of Mother and Appellant's Motion For Extension Of Time (First), and with good cause shown, Mother and Appellant C.A. is hereby granted an extension of time until January 22, 2021 in which to prepare, file and serve Mother and Appellant's opening brief. No further extensions will be granted.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
December 17 2020